## Commonwealth *v.* Fox, Appellant.

Submitted April 9, 1973. *Charles R. Fox,* appellant, in propria persona; *Robert L. Eberhardt,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Freeman, Appellant.

Argued November 12, 1973. *William J. Rundorff,* First Assistant Public Defender, with him *John J. Regule,* Public Defender, for appellant; *Robert F. Banks,* First Assistant District Attorney, with him *Joseph J. Nelson,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.